UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LIONEL WHITE, | No. C 10-3697 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| T. SEBRA, warden, | |
| Respondent. / | |

This action is dismissed without prejudice to petitioner filing a new action for writ of habeas corpus after his appeal concludes and after he exhausts state court remedies as to any claim he wishes to be considered in a federal habeas action.

IT IS SO ORDERED AND ADJUDGED.

Dated: August 26, 2010

_____
SUSAN ILLSTON
United States District Judge